No. 02–5136. BACALLAO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–5137. CHEN BIAO ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5138. CRISTIN, AKA STANTON v. WOLFE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5139. BARRITT v. WEST VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 02–5140. WATKINS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–5141. CHESHIER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–5142. DIXON v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 02–5143. CARTER v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–5144. CARTER v. LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–5145. MARTIN v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–5146. LEE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5147. MARTIN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5148. LATTIER-HOLMES v. PEOPLES STATE BANK. Ct. App. La., 2d Cir. Certiorari denied.

No. 02–5149. JENKINS v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–5150. JAIMES-MALDONADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.